FILED

JAN - 3 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOHN PHILLIP HINOJOSA, )
)
    Plaintiff, )
)
v. ) CASE NO. 5:16-cv-764-XR
)
GENERAL MOTORS FINANCIAL )
COMPANY, INC.; TRANS UNION LLC; )
and EXPERIAN INFORMATION )
SOLUTIONS INC., )
)
    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

CONSIDERING the foregoing Joint Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.;

IT IS ORDERED, ADJUDGED, AND DECREED that the claims and demands of Plaintiff, John Phillip Hinojosa, against Defendant Experian Information Solutions be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear his or its own fees, costs, and expenses.

Signed this _3rd_ day of _January_, 2017.

_____
HONORABLE XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE